UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH EDWARD BEVIN BELSKIS, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 21-10322 (RBK) (AMD) |
| | : | |
| v. | : | |
| | : | |
| DAVID ORTIZ, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff is a former federal prisoner proceeding *pro se* with a civil complaint pursuant to the Federal Tort Claims Act ("FTCA") and *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). On February 1, 2022, this Court ordered Plaintiff to file a signed copy of his complaint within twenty-one days. (*See* Dkt. No. 98). To date, Plaintiff has not complied with this Court's order to file a signed copy of his complaint. Accordingly, pursuant to Federal Rule of Civil Procedure 11(a), Plaintiff's complaint must be struck. Given that the operative pleading in this case has been struck, this matter will also be administratively terminated as will Defendants' pending motion to dismiss.

Therefore, IT IS on this 28th day of February, 2022,

ORDERED that Plaintiff's complaint (Dkt. No. 1) is struck pursuant to Federal Rule of Civil Procedure 11(a); and it is further

ORDERED that Defendant's motion to dismiss the complaint (Dkt. No. 91) is administratively terminated as there is no longer an operative pending complaint in this action; and it is further

ORDERED that the Clerk shall administratively terminate this case as there is no longer a pending operative complaint; and it is further

ORDERED that Plaintiff may move to reopen this action within thirty (30) days so long as he also files a signed complaint; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Plaintiff by regular U.S. mail.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge