UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH EDWARD BEVIN BELSKIS, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 21-10322 (RBK) (AMD) |
| | : | |
| v. | : | |
| | : | |
| DAVID ORTIZ, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |

Plaintiff is a former federal prisoner proceeding *pro se* with a civil complaint pursuant to the Federal Tort Claims Act ("FTCA") and *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). On February 1, 2022, this Court ordered Plaintiff to file a signed copy of his complaint within twenty-one days. (*See* Dkt. No. 98). On March 1, 2022, after Plaintiff failed to comply with the February 1, 2022 order, this Court struck the complaint pursuant to Federal Rule of Civil Procedure 11(a) and administratively terminated this matter. (*See* Dkt. No. 100). However, Plaintiff was given thirty days in which he could seek to reopen this action if he submitted a signed complaint. (*See id.* at 2).

On March 2, 2022, this Court received a letter from Plaintiff seeking a sixty-day extension in which to file a signed complaint due to his current health. (*See* Dkt. No. 101). Given these circumstances, Plaintiff shall have an additional sixty days in which to seek to reopen this action by filing a signed complaint. However, as there remains no operative complaint in this action, this case shall remain administratively terminated during this period.

Accordingly, IT IS this 7th day of March, 2022,

ORDERED that Plaintiff shall have an additional sixty (60) days from the date of this order in which to seek to reopen this action by filing a signed complaint; and it is further

2

ORDERED that the Clerk shall serve this memorandum and order on Plaintiff by regular U.S. mail.

<u>s/ Robert B. Kugler</u><br>
ROBERT B. KUGLER<br>
United States District Judge