## fUNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSEPH EDWARD BEVIN BELSKIS, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 21-10322 (RBK) (AMD) |
| | : | |
| v. | : | |
| | : | |
| DAVID ORTIZ, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff is a former federal prisoner proceeding *pro se* with a civil complaint pursuant to the Federal Tort Claims Act ("FTCA") and *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). On February 1, 2022, this Court ordered Plaintiff to file a signed copy of his complaint within twenty-one days. (*See* Dkt. No. 98). Plaintiff was also sent a copy of his unsigned complaint so he could return a signed copy to this Court. On March 1, 2022, after Plaintiff failed to comply with the February 1, 2022 order, this Court struck the complaint pursuant to Federal Rule of Civil Procedure 11(a) and administratively terminated this matter. (*See* Dkt. No. 100). However, Plaintiff was given thirty days in which he could seek to reopen this action if he submitted a signed complaint. (*See id.* at 2).

On March 2, 2022, this Court received a letter from Plaintiff seeking a sixty-day extension in which to file a signed complaint due to his current health. (*See* Dkt. No. 101). On March 7, 2022, Plaintiff was given sixty additional days in which to submit a signed complaint. (*See* Dkt. No. 102). Thus, Plaintiff has until May 6, 2022, or one more month, to file a signed complaint.

On March 29, 2022, Plaintiff submitted another request seeking an additional sixty days in which to file a signed complaint. His request indicates that he is currently housed at a

rehabilitation center after one of his legs was amputated. This Court is certainly sympathetic to Plaintiff's health issues. However, at the present time, he still has one month to submit a signed complaint. Therefore, Plaintiff's request for another sixty-day extension of time will be denied without prejudice. Nevertheless, if, as the May 6, 2022 deadline approaches, and Plaintiff is still unable to file a signed copy of his complaint, he may file a request for an extension of time then should he elect to do so.

Accordingly, IT IS on this 6th day of April, 2022,

ORDERED that Plaintiff's request for a sixty-day extension of time to file a signed complaint (Dkt. No. 103) is denied without prejudice; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Plaintiff by regular U.S. mail.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge